**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Connecticut**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    News Direct Corp.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    83-2954075

**4. Debtor's address**

Principal place of business:

23 S Main Street
Number    Street

Norwalk, CT 06854-5903
City    State    ZIP Code

County

Mailing address, if different from principal place of business:

Number    Street

City    State    ZIP Code

Location of principal assets, if different from principal place of business:

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  __News Direct Corp._____  Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5 1 9 2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                        MM / DD / YYYY
        Case number, if known _____

Debtor **News Direct Corp.**
      Name

Case number *(if known)* _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                  Number    Street

_____
City        State    ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                      ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000           ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  **News Direct Corp.**  Case number *(if known)* _____
          Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 03 2025
             MM/ DD/ YYYY

X _Gregg Castano_ (signature)    **Gregg Castano**
Signature of authorized representative of debtor    Printed name

Title  **CEO**

**18. Signature of attorney**

X  /S/ Scott M Charmoy    Date **01/03/2025**
Signature of attorney for debtor         MM/ DD/ YYYY

**Scott M. Charmoy**
Printed name

**Charmoy & Charmoy, LLC**
Firm name

**1465 Post Road East Suite 100**
Number    Street

**Westport**    **CT**    **06880**
City    State    ZIP Code

203-255-8100
Contact phone

**scottcharmoy@charmoy.com**
Email address

**15889**    **CT**
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

IN RE: News Direct Corp.

CASE NO

CHAPTER 11

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __01/03/2025__    Signature _____

Gregg Castano , Authorized Signer

**Bank of America Mastercard**
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 15019
Wilmington, DE 19886-5019

**Agility PR Solutions**
Attn: Pres. Off. Mgr. or Acct. Rep.
319 McRae Avenue, Suite 500
Ottawa, Canada K1Z 0B9

**Anthem Blue Cross**
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 6112
Indianapolis, IN 46206-6112

**Apex Advisors**
Attn: Pres. Off. Mgr. or Acct. Rep.
3470 Wilshire Blvd., Suite. 644
Los Angeles, CA 90010-3917

**Associated Press**
Attn: Pres. Off. Mgr. or Acct. Rep.
200 Liberty Street
New York, NY 10281-1015

**AWS**
Attn: Pres. Off. mgr. or Acct. Rep.
410 Terry Ave No
Seattle, WA 98104-2448

**Benzinga**
Attn: Pres. Off. Mgr. or Acct. Rep.
1 Campus Martius 200
Detroit, MI 48226

**Brenda Bell**
7226 South Chase Ct
Littleton, CO 80128-4941

**Carl DiSpoto**
186 Hebberd Ave.
Paramus, NJ 07652-4452

**Celene Castano**
134-05 Dahlia Ave
Flushing, NY 11355-4712

**Charles Lucchesi**
150 Rockaway Ave.
Garden City, NY 11530-1430

**Christian Eilert-Olsen**
19431 Rue de Valore, Apt 34D
Foothill Rnch, CA 92610-2319

**Cilix Ltd.**
Warren Hall
Farnborough, Hampshire, GU14 7LY, UK
269 Farnborough Road

**COMTEX**
Attn: Pres. Off. Mgr. or Acct. Rep.
8280 Willow Oaks Corporate Dr. 600
Fairfax, VA 22031-4516

**Daniel Dolan**
229 Seventh Street, Suite 100
Garden City, NY 11530-5766

**EQS**
Attn: Pres. Off. Mgr. or Acct. Rep.
Karlstrasse 47
Munich, Germany80333

**Financial Content**
Attn: pres. Off. Mgr. or Acct. Rep.
195 Glenn Way
San Carlos, CA 94070-6300

**HubSpot**
Attn: Pres. Off. Mgr. or Acct. Rep.
2 Canal Park
Cambridge, MA 02141-2231

**Issuer Direct Corporation**
Attn: Pres. Off. Mgr. or Acct. Rep.
One Glenwood Ave, Suite 1001
Raleigh, NC 27603-2582

**Kathleen and Thomas Price**
41 Signal Hill Road
Wilton, CT 06897

**Kelly Levine**
34 Hawthorne St.
Cranford, NJ 07016-3019

**Martha Pearlstone**
177 Old Kings Highway
Wilton, CT 06897

**Neil Hershberg**
58 Reed Dr.
Roslyn, NY 11576-3216

**Neubert Pepe Monteith, PC**
James Graham, Esq.
195 Church Street 13th Floor
New Haven, CT 06510

**Newaktuell**
Attn: Pres. Off. Mgr. or Acct. Rep.
Mittelweg 144
Hamburg, Germany 20148

**News Quantified, LLC**
Attn: Pres. Off. Mgr. or Acct. Rep.
2028 E Ben White Blvd, Suite 240-6397
Austin, TX 78741-6966

**Old National Bank**
Attn: Pres. Off. Mgr. or Acct. Rep.
25 W Main Street
Madison, WI 53703-3399

**PRConnect**
Attn: Pres. Off. Mgr. or Acct. Rep.
1375 Burlingame Avenue, Suite L6
Burlingame, CA 94010-4131

**Reputation**
Attn: Pres. Off. Mgr. or Acct. Rep.
6111 Bollinger Canyon Road
San Ramon, CA 94583-5186

**Richard Bromley**
4 Whincroft Park
United Kingdom
TN61HP

**RJS Associates**
Attn: Pres. Off. Mgr. or Acct. Rep.
362 Charnwood Road
New Providnce, NJ 07974-1302

**Robert Soares**
159 West Broadway STE 200 PMB 121
Salt Lake Cty, UT 84101-1923

**Smolin, Lupin & Co, LLC**
Attn: Pres. Off. Mgr. or Acct. Rep.
165 Passaic Ave
Fairfield, NJ 07004-3521

**Timothy Freres**
506 West Julie Dr.
Tempe, AZ 85283-2762

**Wells Fargo Bank Mastercard**
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 51790
Livonia, MI 48151-5790

**Yahoo Finance**
Attn: Pres. Off. Mgr. or Acct. Rep.
770 Broadway
New York, NY 10003-9539