Fill in this information to identify the case:

Debtor name: __News Direct Corp.__

United States Bankruptcy Court for the: __District of Connecticut__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/03/2025__
MM/ DD/ YYYY

X _/s/ Gregg Castano_
Signature of individual signing on behalf of debtor

__Gregg Castano__
Printed name

__CEO__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **News Direct Corp.**

United States Bankruptcy Court for the: **District of Connecticut**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Old National Bank<br>Attn: Pres. Off. Mgr. or Acct. Rep.<br>25 W Main Street<br>Madison, WI 53703-3399 | | | | | | $3,369,153.60 |
| 2 | AWS<br>Attn: Pres. Off. mgr. or Acct. Rep.<br>410 Terry Ave No<br>Seattle, WA 98104-2448 | | | | | | $311,000.00 |
| 3 | Neil Hershberg<br>58 Reed Dr.<br>Roslyn, NY 11576-3216 | | | | | | $187,080.00 |
| 4 | Charles Lucchesi<br>150 Rockaway Ave.<br>Garden City, NY 11530-1430 | | | | | | $185,000.00 |
| 5 | Brenda Bell<br>7226 South Chase Ct<br>Littleton, CO 80128-4941 | | | | | | $173,705.00 |
| 6 | Celene Castano<br>134-05 Dahlia Ave<br>Flushing, NY 11355-4712 | | Loan | | | | $150,000.00 |
| 7 | Daniel Dolan<br>229 Seventh Street, Suite 100<br>Garden City, NY 11530-5766 | | | | | | $147,069.00 |
| 8 | Robert Soares<br>159 West Broadway STE 200<br>PMB 121<br>Salt Lake Cty, UT 84101-1923 | | | | | | $141,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor  **News Direct Corp.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  News Quantified, LLC  Attn: Pres. Off. Mgr. or Acct. Rep.  2028 E Ben White Blvd, Suite 240-6397  Austin, TX 78741-6966 | | | | | | $135,000.00 |
| 10  Kathleen and Thomas Price  41 Signal Hill Road  Wilton, CT 06897 | | Convertible Note | | | | $100,000.00 |
| 11  Issuer Direct Corporation  Attn: Pres. Off. Mgr. or Acct. Rep.  One Glenwood Ave, Suite 1001  Raleigh, NC 27603-2582 | | | | | | $72,969.00 |
| 12  Kelly Levine  34 Hawthorne St.  Cranford, NJ 07016-3019 | | | | | | $60,000.00 |
| 13  Yahoo Finance  Attn: Pres. Off. Mgr. or Acct. Rep.  770 Broadway  New York, NY 10003-9539 | | | | | | $60,000.00 |
| 14  Timothy Freres  506 West Julie Dr.  Tempe, AZ 85283-2762 | | | | | | $54,200.00 |
| 15  Martha Pearlstone  177 Old Kings Highway  Wilton, CT 06897 | | Convertible Note | | | | $50,000.00 |
| 16  Reputation  Attn: Pres. Off. Mgr. or Acct. Rep.  6111 Bollinger Canyon Road  San Ramon, CA 94583-5186 | | | | | | $48,000.00 |
| 17  Newaktuell  Attn: Pres. Off. Mgr. or Acct. Rep.  Mittelweg 144  Hamburg, Germany 20148, | | | | | | $37,734.00 |
| 18  Cilix Ltd.  Warren Hall Farnborough,  Hampshire, GU14 7LY, UK  269 Farnborough Road | | | | | | $30,000.00 |
| 19  Associated Press  Attn: Pres. Off. Mgr. or Acct. Rep.  200 Liberty Street  New York, NY 10281-1015 | | | | | | $27,750.00 |
| 20  Carl DiSpoto  186 Hebberd Ave.  Paramus, NJ 07652-4452 | | | | | | $27,110.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2