## RESOLUTION OF THE SHAREHOLDERS OF NEWS DIRECT CORP.

**RESOLVED**, that in the judgment of the majority of the shareholders of News Direct Corp. (the "Company"), it is desirable and in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition under Chapter 11 of the Bankruptcy Code, and that said petition shall be filed; and it is further

**RESOLVED,** that Gregg Castano and the Company's officers are hereby authorized to 1) execute, deliver and file any and all petitions, schedules, statement of affairs, amendments, applications for retention and compensation, monthly operating reports, the Chapter 11 Disclosure Statement, the Chapter 11 Plan, and any and all other motions and/or documents reasonably necessary to file such Chapter 11 bankruptcy petition, conduct the Chapter 11 case, prosecute actions related to said Chapter 11 case, file and confirm the Chapter 11 plan, and/or otherwise related to said Chapter 11 case; 2) retain professionals related to said Chapter 11 case, including legal counsel and accountants, deemed necessary and appropriate; and 3) to pay any fees and expenses related to said Chapter 11 case and otherwise take or cause to be taken any and all actions reasonably necessary to consummate the Chapter 11 case and/or carry out the purposes of this resolution, and it is further

**RESOLVED**, that Gregg Castano and the Company's officers are hereby authorized to retain the law firm of Charmoy & Charmoy, LLC to represent the Company as a Debtor and Debtor in Possession in connection with the contemplated Chapter 11 bankruptcy case, and it is further

**RESOLVED**, that any actions or transactions taken by the below shareholders and/or the Company's officers in connection with the matters described herein previous to the effective date of this resolution are hereby ratified, confirmed and approved.

1/2/2025  
Date

*Gregg Castano*  
Gregg Castano  
Duly Authorized

1/3/2025  
Date

*Charles Lucchesi*  
Charles Lucchesi  
Duly Authorized